No. 113. BOWEN ET AL. *v.* HART. October 9, 1939. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Mr. A. H. Dagnall* for petitioners. No appearance for respondent.

No. 114. TOLEDO RAILWAYS & LIGHT CO. *v.* MC-MAKEN, COLLECTOR OF INTERNAL REVENUE, ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. George D. Welles* for petitioner. *Assistant Solicitor General Bell* and *Messrs. Sewall Key, J. Louis Monarch,* and *Robert K. McConnaughey* for respondents.

No. 115. CARBO-FROST, INC. *v.* PURE CARBONIC, INC., ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Paul R. Stinson, Arthur Mag,* and *Roy B. Thomson* for petitioner. *Messrs. Sanford H. E. Freund* and *Samuel W. Sawyer* for respondents.

No. 116. SCHMIDT ET AL. *v.* UNITED STATES ET AL.; and

No. 117. NORTHERN PACIFIC RAILROAD CO., BY SCHMIDT ET AL. *v.* SAME. October 9, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Thomas Boylan, Robert L. Edmiston, Raymond M. Hudson, Minor Hudson,* and *Geoffrey Creyke, Jr.* for petitioners. *Assistant Solicitor General Bell, Assistant Attorney General Littell,* and *Messrs. E. E. Danly, Walter L. Pope,* and *Warner W. Gardner* for the United States. *Messrs. Lorenzo P*